UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN BIRDO, individually and on behalf of K.B., <br><br> Plaintiff, <br><br> v. <br><br> MICHEALA SMITH, J.S., ERIC COLLINS, and DENNIS JOHNSON, SR., <br><br> Defendants. | Case No. 25-cv-1908-JPG |

### JUDGMENT

This matter having come before the Court and a decision having been rendered,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:  December 9, 2025**          MONICA A. STUMP, Clerk of Court

                                    **s/Tina Gray, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**